ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAN 29 2004

| | | |
|---|---|---|
| MARCIA BROWN, | ) | |
| Plaintiff, | ) | Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| SUPERIOR RESEARCH, INC. and | ) | 1:04-CV-0250-RLV |
| RHONDA DAVIS, | ) | |
| Defendants. | ) | |

## COMPLAINT

Comes now the Plaintiff, Marcia Brown (hereinafter "Plaintiff"), and files this lawsuit against Defendant Superior Research, Inc. (hereinafter "Defendant Corporation") and Rhonda Davis (Defendant Davis) shows the following:

### I. Nature of Complaint

1.

Plaintiff brings this action to obtain full and complete relief and to redress the unlawful employment practices described herein.

2.

This action seeks liquidated and actual damages for Defendant Corporation and Defendant Davis's failure to pay federally mandated overtime wages to Plaintiff in violation of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201 et seq. (hereinafter "FLSA") during Plaintiff's employment with Defendant (hereinafter referred to as the "relevant time

period"). Plaintiff also brings a claim under the Equal Pay Act.

## II. Jurisdiction and Venue

3.

The jurisdiction of the Court is invoked pursuant to 29 U.S.C. §216(b), and 28 U.S.C. §1343(4).

4.

Defendant Corporation is a Georgia corporation, Defendant Davis was the Plaintiff's supervisor during the relevant time period, and the unlawful employment practices described herein occurred at 1155 Hammond Drive, Suite 5090-E, Dunwoody, Georgia 30328. Accordingly, venue in this Court is proper pursuant to 29 U.S.C. §216(b); LR 3, Northern District of Georgia.

## III. Parties

5.

During the relevant time period, Plaintiff was a resident of the State of Georgia.

6.

Plaintiff worked for the Defendant from May 2001 to August 24, 2003 in Dunwoody, Georgia.

7.

Plaintiff was an "employee" (as defined under FLSA §2(e), 29 U.S.C. §203(e)) of Defendant Corporation.

8.

Plaintiff performed non-exempt labor for the Defendant Corporation within the last three (3) years.

9.

Defendant Superior Research, Inc. employed the named Plaintiff during the relevant time period.

10.

During the relevant time period, Plaintiff worked an amount of time that was more than forty (40) hours per week for which she was not paid the overtime wage differential.

11.

Defendant Superior Research, Inc. is a private employer engaged in interstate commerce, and its gross revenues exceed $500,000.00 per year.

12.

Defendant Davis was Plaintiff's supervisor who had discretion over Plaintiff's payroll and overtime compensation. Defendant Rhonda Davis works both directly and indirectly in the interest of Defendant Superior Research, and was in a supervisory position over the named Plaintiff.

13.

Defendant Superior Research, Inc. is an "employer" within the definition of FLSA §3(d), 29 U.S.C. §203(e).

14.

Defendant Davis is an "employer" within the definition of FLSA §3(d), 29 U.S.C. §203(e).

15.

Defendant Corporation and Defendant Davis are governed by and subject to FLSA §7, 29 U.S.C. §204 and §207.

### IV.  Facts

16.

Plaintiff worked for the Defendants within the past three (3) years.

17.

During her employment with the Defendants, Plaintiff was entitled to but not paid the overtime wage differential required by FLSA §7, 29 U.S.C. §207 on the occasions that she worked over forty (40) hours in a workweek.

### V.   Violation of the Overtime Wage Requirement of the Fair Labor Standards Act

18.

Plaintiff repeats and realleges each and every allegation contained in the preceding paragraphs of this Complaint with the same force and effect as if set forth herein.

19.

Defendants, individually and collectively, jointly and severally, have violated FLSA §7, 29 U.S.C. §207, by willfully

failing to pay overtime wages for time that Plaintiff worked in excess of forty (40) hours in a workweek.

20.

Pursuant to FLSA §16, U.S.C. §216, Plaintiff brings this lawsuit to recover her overtime wage differential, liquidated damages in an equal amount, attorney's fees, and the costs of this litigation.

### VI. Prayer for Relief

**WHEREFORE,** Plaintiff respectfully requests that this Court:

(A) Find that Defendants' conduct was willfull;

(B) Grant Plaintiff a trial by jury as to all triable issues of fact;

(C) Grant Plaintiff her overtime wage differential and liquidated damages in an equal amount;

(D) Grant Plaintiff her attorney's fees under the Equal Access to Justice Act;

(E) Grant Plaintiff the costs of this litigation; and,

(F) Grant any further relief the Court deems necessary, proper, and appropriate.

[SIGNATURE PAGE TO FOLLOW]

Dated this ___ day of January, 2004.

Respectfully submitted,

_____
R. GARY SPENCER
GEORGIA BAR NO. 671905
ATTORNEY FOR PLAINTIFF

R. GARY SPENCER, P.C.
1800 PEACHTREE ST.
SUITE 300
ATLANTA, GEORGIA 30309
404-355-9717
404-352-5636 (Fax)

- 6 -

# UNITED STATES DISTRICT COURT

Northern _____ District of   Georgia                    **ORIGINAL**

Marcia Brown v. Superior Research, Inc.
and Rhonda Davis

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**1:04-CV-0250**

TO: (Name and address of Defendant)
Superior Research, Inc.
Deborah A. Hunter (Registered Agent)
3164 Wicks Creek Trail
Marietta, GA 30062

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

R. Gary Spencer
1800 Peachtree St. NW
Suite 300
Atlanta, GA 30309

an answer to the complaint which is served on you with this summons, within ~~30~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS                             JAN 29 2004

CLERK                                         DATE

_Cleucher_
(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

Northern _____ District of Georgia    **DUPLICATE**

Marcia Brown v. Superior Research, Inc.
and Rhonda Davis

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**1:04-CV-0250**

TO: (Name and address of Defendant)
Superior Research, Inc.
Deborah A. Hunter (Registered Agent)
3164 Wicks Creek Trail
Marietta, GA 30062

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

R. Gary Spencer
1800 Peachtree St. NW
Suite 300
Atlanta, GA 30309

an answer to the complaint which is served on you with this summons, within ~~30~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS                JAN 29 2004

CLERK                           DATE

_Cleucher_
(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

Northern _____ District of  Georgia   **ORIGINAL**

**SUMMONS IN A CIVIL CASE**

Marcia Brown  V.  Superior Research, Inc.
and
Rhonda Davis

CASE NUMBER:

1:04-CV-0250

TO: (Name and address of Defendant)

Rhonda Davis
1155 Hammond Dr.
Suite 5090-E
Dunwoody, Georgia 30328

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

R. Gary Spencer
1800 Peachtree St.
Suite 300
Atlanta, GA 30309

an answer to the complaint which is served on you with this summons, within ~~30~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS                        JAN 29 2004

CLERK                                    DATE

_C. Kleucher_
(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

**DUPLICATE**

Northern _____ District of _____ Georgia

## SUMMONS IN A CIVIL CASE

Marcia Brown V. Superior Research, Inc.
and
Rhonda Davis

CASE NUMBER: **1:04-CV-0250**

TO: (Name and address of Defendant)

Rhonda Davis
1155 Hammond Dr.
Suite 5090-E
Dunwoody, Georgia 30328

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

R. Gary Spencer
1800 Peachtree St.
Suite 300
Atlanta, GA 30309

an answer to the complaint which is served on you with this summons, within ~~30~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS                    JAN 29 2004

CLERK                               DATE

_C. Fleucher_
(By) DEPUTY CLERK